UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOHAMAD F. SINNO, <br> TDCJ No. 01807361, <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil No. SA-21-CA-0206-FB |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of Dismissal With Prejudice of even date herewith,

**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that federal habeas corpus relief is **DENIED** and that petitioner Mohamad F. Sinno's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITH PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 30th day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE